# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AVNEET SINGH,<br><br>　　　　　　Petitioner,<br>　v.<br><br>WILLIAM BARR, et al.,<br><br>　　　　　　Respondents. | CASE NO. C19-1544JLR-MAT<br><br>ORDER LIFTING STAY |

Before the court is Petitioner Avneet Singh's motion to lift the temporary stay of removal. (Dkt. # 5.) On September 27, 2019, the court granted Petitioner's motion for a temporary stay of removal and stayed Petitioner's removal until further order of the court. (*See* Dkt. # 3.) On October 21, 2019, Petitioner filed a notice of voluntary dismissal

//

//

//

//

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. # 4.) Given that Petitioner has voluntarily dismissed this action, the court GRANTS Petitioner's motion to lift the temporary stay of removal (Dkt. # 5), LIFTS the stay of removal, and DIRECTS the Clerk to terminate this case.

Dated this 22nd day of October, 2019.

JAMES L. ROBART
United States District Judge